UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOE JOHNSON, III,
    Plaintiff,

vs.                                CASE NO. 8:08-CIV-626-T-17-TGW

THE STATE OF FLORIDA, et al.,
    Defendants.
_____ /

**ORDER DENYING PETITION FOR TEMPORARY INJUNCTION**

This matter having come before the undersigned upon the petition of the plaintiff for temporary injunction (Docket No. 1), without the filing of a complaint.  The petition for temporary injunction is completely inadequate to attain an injunction.  The plaintiff has failed to file a complaint upon which an injunction might be obtained and the petition it self is devoid of the required elements for having an injunction entered.  See Rules of the Middle District of Florida, Rules 4.05 and 4.06.  Accordingly, it is

**ORDERED** that the petition for temporary injunction be **denied** and the Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 4th day of April, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record